# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Jacob , ) | |
| M.J. ) | |
| E.J. ) | Case No. 25-cv-07161-LJC |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA. ) | |
| Defendant. ) | |

<u>To the Honorable Judge Lisa J. Cisneros</u>

<u>Request for anonymity in the court proceedings</u>

I would like to request to remain anonymous for the protection of our safety.

I wrote in the complaint that I am a disabled single mom, and would like to keep this private medical matter in discretion within the court.

Our situation is such that an open public disclosure could cause greater suffering, stress, anxiety and we fear from being harmed.

My children and I suffered from an ongoing persecution from powerful entities who literally arrived daily at our doorsteps, which eventually impelled us to seek asylum. We would be highly obliged if your honor can grant us anonymity so we can get on with our lives in peace.

                                                      Thanking you,

                                                      Sincerely,

                                                      Karen Jacob, M.J. , E.J.