UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

K. J., et al.,

          Plaintiffs,

    v.

UNITED STATES OF AMERICA,

          Defendant.

Case No.  25-cv-07161-LJC

**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 34

The Court previously granted Defendant's motion dismissing Plaintiffs' complaint and provided Plaintiffs leave to file an amended complaint asserting claims under the Federal Tort Claims Act only.  *See* ECF No. 34.  The Court provided Plaintiffs until May 1, 2026 to file their amended complaint.  *Id.* at 1, 12.

To date, no amended complaint has been filed.  Plaintiffs are accordingly ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute and failure to follow a court order.  No later than May 22, 2026, Plaintiffs shall file their amended complaint and a response explaining why they did not meet the May 1, 2026 deadline.  If Plaintiffs do not file their amended complaint or otherwise respond to this order by May 22, 2026, the Court may refer this case to a district judge with the recommendation that the matter be dismissed for failure to prosecute.  The Case Management Conference, currently set for May 21, 2026, is continued to June 25, 2026 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge